## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**THE ESTATE OF MARILYN MONROE LLC,**

    *Plaintiff*,

v.

**2012piaoyanguohai2012; adnuaa; Anju Fashion Home Textiles 1 Store; Art Bear Store; B Dropshipping Store; Babaite Family Exquisite Product 331 Store; Babaite Simple Case 308 Store; BABAITEALILI12 Store; Balantine Store; BAOdC Store; Bath life Store; Beautiful Cherry Blossom Season Store; Black Rose Exquisite Home Textile 1 Store; Boutique Home Textile Products Shop Store; brandfig2024; BuckleClub Store; Butterfly Orchid Store; camdene_haith; CHangC Store; Changzhou 1move Industrial Co., Ltd.; Changzhou Aborl New Material Technology Co., Ltd.; Chenchen Fashion Home Textiles 6 Store; china_culture_500099; Coconut Household Items Store; collecting toys 8; Comfort Zone A Store; Cotton T-shirt Clothing ZQ5 Store; CSMY Home Textile Store; CSMY Luxury Shower Curtain Door Mat Store; Decorative Painting Boutique Store; Designer Brand Clothing Store; deven_citoble; Dio Store; DIYs 155 Store; Domin&#39;s Crib Store; Dongguan Chance Gift & Craft Co., Ltd.; Dongguan Heitaoyi Rubber & Plastic Products Co., Ltd.; Dongguan Muxian Technology Co., Ltd; Dongguan Zhiyuan Crafts Co. Ltd.; Dongyang Baiyun Anxin Wig Factory; Dreamer Design Store; Eason Store; erkan; Falg Withyoo NO.5 Store; Family Club Z; Fast International Co.,Ltd; FJTNA Store; Flixon**

**SEALED**

Civil Action No.

Store; Foshan Grace Furniture Co., Ltd.; Foshan Zhongchengchengpin Decoration Design Co., Ltd.; Fultalk; furningnashop; futureleta; Fuzhou Action Electronic Co., Ltd.; gar_hanners; Global Canvas Poster Boutique Store; Gongyi Miracle Trading Co., Ltd.; Guangzhou Best Technology Co., Ltd.; Guangzhou Chu Feiya Trade Co., Ltd.; Guangzhou Glory Building Material Co., Ltd.; Guangzhou jian dan shangmao shanghang333; Guangzhou Lindal Hair Products Co., Ltd.; Guangzhou Three D Printing Co., Ltd.; Guess You Like It Store; Gunez Store; guoguoA Store; Hangzhou Lifc Import& Export Co., Ltd.; Hangzhou Sobuy Technology Co., Ltd.; Harz Reklam Dekorasyon; Henan Selead Home Technology Co., Ltd.; Henan Sumdor International Trading Co., Ltd.; Home Goods Home Textile Boutique Store; HOTSALECASE90 Store; Huanhual House Store; huyingshangle; IronFinger Toy Store; JATIMES LIMITED; Jiangnan Cloth Factory; Jiaxing Aifute Household Products Co., Ltd.; Jinhua Sizhuitewei Trading Co., Ltd.; JoannxuBag Store; June Fashion Store; K Art Diamond Painting; Kaf Metal Sanayi Ticaret Limited Sirketi; Keep The Time Store; KIKO LIVE; Kingskong Gift Industry Firm Qingtian; Laumango Exclusive Store; Laumango Home Decorative Store; lincangtingbonan-0; linronghuang; LK029 Store; LK034 Store; LMR-oil painting art and wig; Luquan Aizhou E-Commerce Store; Make Mug Store; Mao Blanket; Marco Zhenbaobao; Mestreth Art 3C 008 Store Store; Moet Store; NewWorldOne Store; ngged_bolding; Ningbo Chuangxiang Magnet Co., Ltd.; Ningbo Mammutek Smart Technology Co., Ltd.; Ningbo Nm Security

Technology Co., Ltd.; Ningbo Zhenzhi Import
And Export Co., Ltd.; Nuyoah-SW Store;
Optimal Service For You Store;
owen_tionsthethelypre; Pailou Art Factory Store;
Penzo Store; Pleasure team Store; Pujiang Yexi
Crystal Co., Ltd.; Qiang-Wig-Oil Painting;
Qingdao Lufa Arts & Crafts Co., Ltd.;
qingxiudedian Store; quanjianhaotanG;
Quanzhou Baomao Trading Co., Ltd.; Rainbow
Canvas Painting Store; Red Rose 2 Store;
RuiTing01 Store; sansanzi; Seafarer Resin Model
Discount Store; See Spring Store; Self-Adhesive
Wallpaper Store; Sex Code Store; shanda Store;
Shanghai Kamal Trading Co., Ltd.; Shanghai
Xifu Trading Co., Ltd.; Shenzhen Holiday
Package And Display Co., Ltd.; Shenzhen Pled
Lighting Co., Ltd.; Shenzhen Qianyuxun Jewelry
Co., Ltd.; Shenzhen Yongzhi Plastic Mold
Co.,ltd.; Shenzhen Youni Art Co., Ltd.; Shenzhen
Zhongtai Printing Co., Ltd.; Shipping
11042301701% Store; Shop4928019 Store;
Shop5789733 Store; Shop1100086339 Store;
Shop1100391737 Store; Shop1102121770 Store;
Shop1102162897 Store; Shop1102247995 Store;
Shop1102583099 Store; Shop1102902108 Store;
Shop1102963628 Store; Shop1102964250 Store;
Shop1102999635 Store; Shop1103250243 Store;
Shop1103534848 Store; Shop1103581044 Store;
Shop1103613607 Store; Shop1103666293 Store;
Shop1103670154 Store; Shop1103674151 Store;
Shop1103685961 Store; Shop1103709334 Store;
Shop1103715088 Store; Shop1103717665 Store;
Shop1103756035 Store; Shop1103835517 Store;
Shop1103856814 Store; Shop1103865710 Store;
Shop1103877813 Store; Shop1103885778 Store;
Shop1103889687 Store; Shop1103938276 Store;
Shop1103941390 Store; Shop1103980033 Store;

**Shop1103993519 Store; Shop1103994517 Store; Shop1103995506 Store; Shop1104000217 Store; Shop1104002539 Store; Shop1104003973 Store; Shop1104007523 Store; Shop1104015009 Store; Shop1104058671 Store; Shop1104065688 Store; Shop1104071624 Store; Shop1104083164 Store; Shop1104085560 Store; Shop1104096579 Store; Shop1104108336 Store; Shop1104111485 Store; Shop1104113394 Store; Shop1104115576 Store; Shop1104117736 Store; Shop1104128208 Store; Shop1104163258 Store; Shop1104187577 Store; Shop1104208827 Store; Shop1104210039 Store; Shop1104271220 Store; Shop1104278905 Store; Shop1104300125 Store; Shop1104304284 Store; Shop1104305262 Store; Shop1104341727 Store; Shop1104343666 Store; Shop1104343764 Store; Shop1104388091 Store; Shop1104389234 Store; Shop1104394239 Store; Shop1104531043 Store; singe two; Soft&Sweet-Shop; SONGQUAN ALILI 23 Store; SP Blanket; SQ DECOR ART Store; Sun Flag Store; Super Premium Products Store; Suzhou Shunyimei Import And Export Trade Co., Ltd.; Swan Dream Art Canvas Painting Store; Taco Home Textile Store Store; Teacup fashion; That Teknoloji LTD STI; The Home Curate Store; TNDGMB20; Tongling Chuangkai Wax Industry Co., Ltd.; Top-Level Figure Toy Store; TopMe Fashion Store; TRMUG; Welcome to Boutique Store; White Art Store; wudao77; Wuhan Missyuan Trade Co., Ltd.; Xiamen Mornsun Industrial Co., Ltd.; Xiamen Siming District Jiehui Changrong Building Materials Business Department; xiaoli-art; XIAOWANJIA; XIONG11 Store; xm-hms; Yangyang Fashion Home Textiles 1 Store; Yiwu Dingyi E-Commerce Co., Ltd.; Yiwu Hld Commodity Manufactory Co., Ltd.; Yiwu**

Hongliang Crafts Co., Ltd.; Yiwu Misong
Trading Co., Ltd.; Yiwu Nine Star Import &
Export Co., Ltd.; Yiwu Seqiao Painting Industry
Co., Ltd.; YiWu TG Promo lmport & Export
Co,LTD.; Yiwu Xitang Textile Co., Ltd.; Yiwu
Yuzhong Network Technology Co., Ltd.; yj0886;
yu1131; YuanMan Toys Store; YUET SHUN
INDUSTRIES LIMITED; yuj262; yusushi local;
YW-Home Art Store; zenzguan; Zhejiang
Safewell Security Technology Co., Ltd.; Zhejiang
Shengye Traffic Signs Co., Ltd.; Zhuzhou
Wondove Garment Accessory Co., Ltd.; and
ZX3385,

     *Defendants.*

# **COMPLAINT**

1)    This is an action for trademark infringement in violation of 15 U.S.C.

§ 1114, false designation of origin and/or false endorsement in violation of 15

U.S.C. §1125(a), as well as common law trademark infringement and unfair

competition.

2)    This Court has subject matter jurisdiction over the Lanham Act claims

pursuant to 15 U.S.C. § 1121. This Court has supplemental jurisdiction over the

remaining common law claims pursuant to 28 U.S.C. § 1367.

3)    This Court has personal jurisdiction over Defendants pursuant to

Federal Rule of Civil Procedure 4(k)(2) because, on information and belief, no

Defendant is subject to the jurisdiction of any state's court of general jurisdiction and exercising jurisdiction is consistent with the United States Constitution and laws.

4)      Alternatively, this Court has personal jurisdiction over Defendants because Defendants, on information and belief, either transact business within Georgia or have committed a tortious injury within Georgia caused by an act or omission outside the state and regularly do or solicit business, or engage in other persistent courses of conduct, or derive substantial revenue from goods used or consumed in Georgia.

5)      Venue is appropriate in this judicial district pursuant to 28 U.S.C. § 1391(b)(3).

## THE PARTIES

6)      Plaintiff The Estate of Marilyn Monroe LLC is a Delaware limited liability company with its principal place of business at 1411 Broadway, 4th floor, New York, New York 10018.

7)      On information and belief, Defendants 2012piaoyanguohai2012; adnuaa; Anju Fashion Home Textiles 1 Store; Art Bear Store; B Dropshipping Store; Babaite Family Exquisite Product 331 Store; Babaite Simple Case 308 Store; BABAITEALILI12 Store; Balantine Store; BAOdC Store; Bath life Store;

6

Beautiful Cherry Blossom Season Store; Black Rose Exquisite Home Textile 1 Store; Boutique Home Textile Products Shop Store; brandfig2024; BuckleClub Store; Butterfly Orchid Store; camdene_haith; CHangC Store; Changzhou 1move Industrial Co., Ltd.; Changzhou Aborl New Material Technology Co., Ltd.; Chenchen Fashion Home Textiles 6 Store; china_culture_500099; Coconut Household Items Store; collecting toys 8; Comfort Zone A Store; Cotton T-shirt Clothing ZQ5 Store; CSMY Home Textile Store; CSMY Luxury Shower Curtain Door Mat Store; Decorative Painting Boutique Store; Designer Brand Clothing Store; deven_citoble; Dio Store; DIYs 155 Store; Domin&#39;s Crib Store; Dongguan Chance Gift & Craft Co., Ltd.; Dongguan Heitaoyi Rubber & Plastic Products Co., Ltd.; Dongguan Muxian Technology Co., Ltd; Dongguan Zhiyuan Crafts Co. Ltd.; Dongyang Baiyun Anxin Wig Factory; Dreamer Design Store; Eason Store; erkan; Falg Withyoo NO.5 Store; Family Club Z; Fast International Co.,Ltd; FJTNA Store; Flixon Store; Foshan Grace Furniture Co., Ltd.; Foshan Zhongchengchengpin Decoration Design Co., Ltd.; Fultalk; furningnashop; futureleta; Fuzhou Action Electronic Co., Ltd.; gar_hanners; Global Canvas Poster Boutique Store; Gongyi Miracle Trading Co., Ltd.; Guangzhou Best Technology Co., Ltd.; Guangzhou Chu Feiya Trade Co., Ltd.; Guangzhou Glory Building Material Co., Ltd.; Guangzhou jian dan shangmao shanghang333; Guangzhou

Lindal Hair Products Co., Ltd.; Guangzhou Three D Printing Co., Ltd.; Guess You Like It Store; Gunez Store; guoguoA Store; Hangzhou Lifc Import& Export Co., Ltd.; Hangzhou Sobuy Technology Co., Ltd.; Harz Reklam Dekorasyon; Henan Selead Home Technology Co., Ltd.; Henan Sumdor International Trading Co., Ltd.; Home Goods Home Textile Boutique Store; HOTSALECASE90 Store; Huanhual House Store; huyingshangle; IronFinger Toy Store; JATIMES LIMITED; Jiangnan Cloth Factory; Jiaxing Aifute Household Products Co., Ltd.; Jinhua Sizhuitewei Trading Co., Ltd.; JoannxuBag Store; June Fashion Store; K Art Diamond Painting; Kaf Metal Sanayi Ticaret Limited Sirketi; Keep The Time Store; KIKO LIVE; Kingskong Gift Industry Firm Qingtian; Laumango Exclusive Store; Laumango Home Decorative Store; lincangtingbonan-0; linronghuang; LK029 Store; LK034 Store; LMR-oil painting art and wig; Luquan Aizhou E-Commerce Store; Make Mug Store; Mao Blanket; Marco Zhenbaobao; Mestreth Art 3C 008 Store Store; Moet Store; NewWorldOne Store; ngged_bolding; Ningbo Chuangxiang Magnet Co., Ltd.; Ningbo Mammutek Smart Technology Co., Ltd.; Ningbo Nm Security Technology Co., Ltd.; Ningbo Zhenzhi Import And Export Co., Ltd.; Nuyoah-SW Store; Optimal Service For You Store; owen_tionsthethelypre; Pailou Art Factory Store; Penzo Store; Pleasure team Store; Pujiang Yexi Crystal Co., Ltd.; Qiang-Wig-Oil Painting; Qingdao Lufa Arts

& Crafts Co., Ltd.; qingxiudedian Store; quanjianhaotanG; Quanzhou Baomao Trading Co., Ltd.; Rainbow Canvas Painting Store; Red Rose 2 Store; RuiTing01 Store; sansanzi; Seafarer Resin Model Discount Store; See Spring Store; Self-Adhesive Wallpaper Store; Sex Code Store; shanda Store; Shanghai Kamal Trading Co., Ltd.; Shanghai Xifu Trading Co., Ltd.; Shenzhen Holiday Package And Display Co., Ltd.; Shenzhen Pled Lighting Co., Ltd.; Shenzhen Qianyuxun Jewelry Co., Ltd.; Shenzhen Yongzhi Plastic Mold Co.,ltd.; Shenzhen Youni Art Co., Ltd.; Shenzhen Zhongtai Printing Co., Ltd.; Shipping 11042301701% Store; Shop4928019 Store; Shop5789733 Store; Shop1100086339 Store; Shop1100391737 Store; Shop1102121770 Store; Shop1102162897 Store; Shop1102247995 Store; Shop1102583099 Store; Shop1102902108 Store; Shop1102963628 Store; Shop1102964250 Store; Shop1102999635 Store; Shop1103250243 Store; Shop1103534848 Store; Shop1103581044 Store; Shop1103613607 Store; Shop1103666293 Store; Shop1103670154 Store; Shop1103674151 Store; Shop1103685961 Store; Shop1103709334 Store; Shop1103715088 Store; Shop1103717665 Store; Shop1103756035 Store; Shop1103835517 Store; Shop1103856814 Store; Shop1103865710 Store; Shop1103877813 Store; Shop1103885778 Store; Shop1103889687 Store; Shop1103938276 Store; Shop1103941390 Store; Shop1103980033 Store;

Shop1103993519 Store; Shop1103994517 Store; Shop1103995506 Store;

Shop1104000217 Store; Shop1104002539 Store; Shop1104003973 Store;

Shop1104007523 Store; Shop1104015009 Store; Shop1104058671 Store;

Shop1104065688 Store; Shop1104071624 Store; Shop1104083164 Store;

Shop1104085560 Store; Shop1104096579 Store; Shop1104108336 Store;

Shop1104111485 Store; Shop1104113394 Store; Shop1104115576 Store;

Shop1104117736 Store; Shop1104128208 Store; Shop1104163258 Store;

Shop1104187577 Store; Shop1104208827 Store; Shop1104210039 Store;

Shop1104271220 Store; Shop1104278905 Store; Shop1104300125 Store;

Shop1104304284 Store; Shop1104305262 Store; Shop1104341727 Store;

Shop1104343666 Store; Shop1104343764 Store; Shop1104388091 Store;

Shop1104389234 Store; Shop1104394239 Store; Shop1104531043 Store; singe

two; Soft&Sweet-Shop; SONGQUAN ALILI 23 Store; SP Blanket; SQ DECOR

ART Store; Sun Flag Store; Super Premium Products Store; Suzhou Shunyimei

Import And Export Trade Co., Ltd.; Swan Dream Art Canvas Painting Store; Taco

Home Textile Store Store; Teacup fashion; That Teknoloji LTD STI; The Home

Curate Store; TNDGMB20; Tongling Chuangkai Wax Industry Co., Ltd.; Top-

Level Figure Toy Store; TopMe Fashion Store; TRMUG; Welcome to Boutique

Store; White Art Store; wudao77; Wuhan Missyuan Trade Co., Ltd.; Xiamen

Mornsun Industrial Co., Ltd.; Xiamen Siming District Jiehui Changrong Building Materials Business Department; xiaoli-art; XIAOWANJIA; XIONG11 Store; xm-hms; Yangyang Fashion Home Textiles 1 Store; Yiwu Dingyi E-Commerce Co., Ltd.; Yiwu Hld Commodity Manufactory Co., Ltd.; Yiwu Hongliang Crafts Co., Ltd.; Yiwu Misong Trading Co., Ltd.; Yiwu Nine Star Import & Export Co., Ltd.; Yiwu Seqiao Painting Industry Co., Ltd.; YiWu TG Promo lmport & Export Co,LTD.; Yiwu Xitang Textile Co., Ltd.; Yiwu Yuzhong Network Technology Co., Ltd.; yj0886; yu1131; YuanMan Toys Store; YUET SHUN INDUSTRIES LIMITED; yuj262; yusushi local; YW-Home Art Store; zenzguan; Zhejiang Safewell Security Technology Co., Ltd.; Zhejiang Shengye Traffic Signs Co., Ltd.; Zhuzhou Wondove Garment Accessory Co., Ltd.; and ZX3385 ("Defendants") are non-U.S. entities, associations, or individuals, believed to be located in China or elsewhere in Asia, each of whom sells, offers for sale, distributes, and/or advertises goods through its virtual storefronts on various e-commerce marketplaces, such as Alibaba, AliExpress, Amazon, DHGate, eBay, Etsy, Joom, Printerval, Temu, Walmart, and Wish (each a "Marketplace" and collectively the "Marketplaces").

8)    Each Defendant is known to Plaintiff only by its unique Marketplace name and ID number.

## RELEVANT FACTS

9)      Plaintiff owns all intellectual property, including all trademark rights, of Marilyn Monroe's estate and is current owner of the global trademark portfolio of the late Marilyn Monroe.

10)      Marilyn Monroe ("Monroe") was an actress, model, and singer whose films grossed approximately $200 million by the time of her death in 1962. Subsequently, The American Film Institute named her the sixth greatest female screen legend in American film history, Smithsonian Magazine named her as one of the 100 Most Significant Americans of All Time, and the book *The Guide to United States Popular Culture* has called her an "icon of American popular culture . . . [whose] rivals in popularity include Elvis Presley and Mickey Mouse[.]"

11)      Plaintiff owns numerous federal trademark registrations and common law rights for its trademarks, including, but not limited to, MARILYN, MARILYN MONROE, DIAMONDS ARE A GIRL'S BEST FRIEND, and many others (collectively, "Marks" or "Plaintiff's Marks"). Each of Plaintiff's Marks is valid and enforceable.

12)      Attached hereto as Exhibit A are true and correct copies of federal certificates of registration for certain of Plaintiff's Marks.

13)     Plaintiff has used its Marks in commerce for many years, some as early as 1986, in connection with a wide variety of consumer products including, but not limited to, wine, clothing and accessories, jewelry, linens and home décor, handbags and leather goods, cosmetics, puzzles and games, posters, and stationery items, and has not abandoned any of the Marks.

14)     As a result of Plaintiff's extensive use of Plaintiff's Marks in commerce, through the sale of goods, offering for sale of goods, advertising, promotion, or otherwise, Plaintiff's Marks have achieved considerable goodwill throughout the United States and the world.

15)     On information and belief, each Defendant sells, offers for sale, distributes, and/or advertises goods to customers in the United States, including in this judicial district.

16)     Each Defendant uses in commerce a reproduction, counterfeit, copy, or colorable imitation of one or more of Plaintiff's Marks on or in connection with the sale, offer for sale, distribution, or advertising of goods on their respective virtual storefronts on the Marketplaces.

17)     Plaintiff has captured screenshots of the infringing product listings at issue on the Marketplaces for each Defendant.  Attached hereto as Exhibit B is a list of active URLs linking to the screenshots of all such product listings.

13

18)    None of the Defendants is authorized to sell, offer for sale, distribute, or advertise any goods under or in connection with any of Plaintiff's Marks.

19)    On information and belief, each Defendant: (a) sources infringing goods from one or more of the same suppliers or manufacturers who facilitate, instruct, and/or coordinate each of the Defendants' actions; (b) utilizes identical product descriptions (including identical grammar errors and misspellings), product images, sequences of product images, pricing structures, payment options, shipping information, keywords, metadata, and other indicia of purposeful relatedness; (c) operates multiple virtual storefronts within and across multiple Marketplaces; and (d) participates in on-line forums dedicated to avoiding or minimizing liability. Therefore, on information and belief, Defendants are working together to knowingly and willfully sell, offer for sale, distribute, or advertise infringing goods in the same transaction, occurrence, or series of transactions or occurrences.

## COUNT I.

## INFRINGEMENT OF A REGISTERED TRADEMARK IN VIOLATION OF 15 U.S.C. § 1114

20)    Paragraphs 1-19 are realleged and incorporated herein by reference.

21)    Each Defendant is using in commerce one or more reproductions, counterfeits, copies, or colorable imitations of one or more of Plaintiff's Marks in

14

connection with the sale, offering for sale, distribution, or advertising of goods in a manner that is likely to cause confusion, or to cause mistake, or to deceive as to the source or origin of each Defendant's goods.

22)     Each Defendant's aforesaid actions are likely to cause damage and other irreparable injury to Plaintiff unless such actions are enjoined by this Court, Plaintiff having no adequate remedy at law.

23)     Each Defendant's aforesaid actions constitutes an infringement of Plaintiff's rights in and to its federally registered Marks in violation of 15 U.S.C. § 1114.

24)     After a reasonable opportunity for further investigation and discovery, it is likely the evidence will show that each Defendant's aforesaid acts have been and are being committed with knowledge of Plaintiff's Marks and knowledge that such acts are likely to cause confusion, or to cause mistake, or to deceive as to the source or origin of its goods. Each Defendant's acts are therefore intentional, willful, and maliciously calculated to cause confusion, to cause mistake, or to deceive. As such, this is an exceptional case.

25)     In accordance with 15 U.S.C. § 1117, Plaintiff is entitled to recover from each Defendant: (1) its profits, (2) any damages sustained by Plaintiff, and (3) the costs of the instant action. Further, based upon the nature of each Defendant's

violation of Plaintiff's trademark rights, Plaintiff is entitled to recover reasonable attorney's fees, treble damages, and/or enhanced profits.

26)    Plaintiff is further entitled to an award of three times its damages or profits from each Defendant found to be intentionally using a counterfeit mark, pursuant to 15 U.S.C. § 1117(b).

27)    Alternatively, Plaintiff is entitled to an award of statutory damages of not less than $1,000 or more than $2,000,000 per counterfeit mark per type of good sold or offered for sale pursuant to 15 U.S.C. § 1117(c).

28)    Plaintiff has been and will continue to be irreparably damaged by each Defendant's aforesaid acts unless Defendants are preliminarily and permanently enjoined by this Court, Plaintiff having no adequate remedy at law.

## COUNT II.

## FALSE DESIGNATION OF ORIGIN AND/OR FALSE ENDORSEMENT IN VIOLATION OF 15 U.S.C. § 1125(a)

29)    Paragraphs 1-19 are realleged and incorporated herein by reference.

30)    Each Defendant is using in commerce a word, term, name, symbol, or device, or a combination thereof, or a false designation of origin, false or misleading description of fact, or false or misleading representation of fact on or in connection with its goods in a manner that is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of each

16

Defendant with Plaintiff, or as to the origin, sponsorship, or approval of each Defendant's goods or commercial activities by Plaintiff.

31)    After a reasonable opportunity for further investigation and discovery, it is likely the evidence will show that each Defendant's aforesaid acts have been and are being committed with knowledge of Plaintiff's Marks and knowledge that such acts are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of each Defendant with Plaintiff, or as to the origin, sponsorship, or approval of each Defendant's goods or commercial activities by Plaintiff. Each Defendant's acts are therefore intentional, willful, and maliciously calculated to cause confusion, to cause mistake, or to deceive. As such, this is an exceptional case.

32)    Defendants' acts constitute false designation of origin and/or false endorsement in violation of 15 U.S.C. § 1125(a).

33)    In accordance with 15 U.S.C. § 1117, Plaintiff is entitled to recover from each Defendant: (1) its profits, (2) any damages sustained by Plaintiff, and (3) the costs of the instant action. Further, based upon the nature of each Defendant's violation of Plaintiff's trademark rights, Plaintiff is entitled to recover reasonable attorney's fees, treble damages, and/or enhanced profits.

34)     Plaintiff has been and will continue to be irreparably damaged by each Defendant's aforesaid acts unless Defendants are preliminarily and permanently enjoined by this Court, Plaintiff having no adequate remedy at law.

## COUNT III.

## COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

35)     Paragraphs 1-19 are realleged and incorporated herein by reference.

36)     Each Defendant's use of one or more marks that is confusingly similar to one or more of Plaintiff's Marks, in connection with goods which are the same as or are competitive with Plaintiff's goods, is likely to cause confusion, to cause mistake, and to deceive as to the source or origin of its goods.

37)     Each Defendant is offering its goods for sale with full knowledge of Plaintiff's Marks.

38)     Each Defendant has promoted and offered for sale its goods in such a manner as to suggest an association, affiliation, or sponsorship with, or approval by Plaintiff, or so as to cause, or be likely to cause, confusion or mistake among purchasers as to the origin or sponsorship of Plaintiff's or Defendants' goods, all to Defendants' profit and to Plaintiff's damage.

39)    Plaintiff is entitled to recover from each Defendant actual and compensatory damages in an amount to be proven at trial in addition to any other available remedies.

40)    Each Defendant's aforesaid conduct constitutes infringement of Plaintiff's common law rights in and to Plaintiff's Marks and further constitutes common law unfair competition, all of which has irreparably damaged and/or will irreparably damage Plaintiff, together with its goodwill and reputation, unless Defendants are enjoined and restrained by this Court, Plaintiff having no adequate remedy at law.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for a judgment of the Court as follows:

1)    That Defendants, and those persons in active concert or participation with Defendants, be preliminarily and permanently enjoined and restrained from advertising, offering for sale, or selling any goods under or in connection with Plaintiff's Marks or any other designation, trademark, or service mark that is likely to cause confusion, mistake, or deception as to the source or sponsorship of Plaintiff's or Defendants' goods, or from otherwise infringing Plaintiff's Marks;

2)    That an accounting be conducted and judgment be rendered against each Defendant for:

a) all profits received by each Defendant from the sale of goods under or in connection with Plaintiff's Marks in the United States;

b) all damages in an amount proven at trial from, *inter alia*, each Defendant's trademark infringement, false designation of origin, and false endorsement, pursuant to 15 U.S.C. § 1117; and

c) any other actual and compensatory damages in an amount not presently known but to be computed during the pendency of this action.

3) That any damages assessed against any Defendant for trademark infringement, false designation of origin, and/or false endorsement be trebled as provided by 15 U.S.C. § 1117, and any profits be enhanced as warranted;

4) Alternatively, that Plaintiff be awarded statutory damages from each Defendant found to be using a counterfeit mark of no less than $1,000 and no more than $2,000,000 per mark per type of good sold;

5) That each Defendant be directed to file with the Court and serve upon Plaintiff, no later than thirty (30) days after the issuance of an injunction, a report in writing and under oath, setting forth in detail the manner and form in which each has complied with the injunctions requested in the immediately preceding paragraphs and any other provision of this Court's Order;

20

6)      That Plaintiff have and recover its costs in this suit, including but not limited to reasonable attorney's fees and expenses; and

7)      That Plaintiff have such other and further relief as this Court may deem just and proper.

## **JURY DEMAND**

Plaintiff demands a trial by jury of all issues so triable.

Dated: February 26, 2025.

Respectfully submitted,
THE SLADKUS LAW GROUP


*s/Carrie A. Hanlon*
Carrie A. Hanlon
Ga. Bar No. 289725
E-mail: carrie@sladlaw.com
Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com

1397 Carroll Drive
Atlanta, GA 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970

***Attorneys for Plaintiff***