# Exhibit B

| Platform | Seller Name | PDF Location |
|---|---|---|
| Ebay | 2012piaoyanguohai2012 | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250220/2012piaoyanguohai2012-20250220193236184.pdf |
| Ebay | adnuaa | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/adnuaa-20250217215100405.pdf |
| AliExpress | Anju Fashion Home Textiles 1 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250204/AnjuFashionHomeTextiles1Store-20250204192037146.pdf |
| AliExpress | Anju Fashion Home Textiles 1 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250212/AnjuFashionHomeTextiles1Store-20250212155150456.pdf |
| Ebay | Art Bear Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/ArtBearStore-20250217220852238.pdf |
| AliExpress | B Dropshipping Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250213/BDropshippingStore-20250213184747223.pdf |
| AliExpress | Babaite Family Exquisite Product 331 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250204/BabaiteFamilyExquisiteProduct331Store-20250204192330580.pdf |
| AliExpress | Babaite Simple Case 308 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250204/BabaiteSimpleCase308Store-20250204201716067.pdf |
| AliExpress | BABAITEALILI12 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/BABAITEALILI12Store-20250217162218134.pdf |
| AliExpress | Balantine Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/BalantineStore-20250221190816469.pdf |
| AliExpress | BAOdC Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/BAOdCStore-20250221185515766.pdf |
| AliExpress | Bath life Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/BathlifeStore-20250210214138244.pdf |
| AliExpress | Beautiful Cherry Blossom Season Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/BeautifulCherryBlossomSeasonStore-20250221191525905.pdf |
| AliExpress | Black Rose Exquisite Home Textile 1 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250204/BlackRoseExquisiteHomeTextile1Store-20250204194018927.pdf |
| AliExpress | Boutique Home Textile Products Shop Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250206/BoutiqueHomeTextileProductsShopStore-20250206211909030.pdf |
| Ebay | brandfig2024 | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/brandfig2024-20250217210714897.pdf |
| AliExpress | BuckleClub Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250219/BuckleClubStore-20250219144943283.pdf |
| AliExpress | Butterfly Orchid Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/ButterflyOrchidStore-20250221184903746.pdf |
| Ebay | camdene_haith | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/camdenehaith-20250217210849117.pdf |
| AliExpress | CHangC Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250214/CHangCStore-20250214193943881.pdf |
| Alibaba | Changzhou 1move Industrial Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250206/Changzhou1moveIndustrialCoLtd-20250206201758335.pdf |
| Alibaba | Changzhou Aborl New Material Technology Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/ChangzhouAborlNewMaterialTechnologyCoLtd-20250217152010244.pdf |
| Alibaba | Changzhou Aborl New Material Technology Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250219/ChangzhouAborlNewMaterialTechnologyCoLtd-20250219141453560.pdf |
| Alibaba | Changzhou Aborl New Material Technology Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250219/ChangzhouAborlNewMaterialTechnologyCoLtd-20250219141759415.pdf |
| AliExpress | Chenchen Fashion Home Textiles 6 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250204/ChenchenFashionHomeTextiles6Store-20250204201012778.pdf |
| Ebay | china_culture_500099 | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/chinaculture500099-20250217210402383.pdf |
| Ebay | china_culture_500099 | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/chinaculture500099-20250217210552082.pdf |
| Ebay | china_culture_500099 | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/chinaculture500099-20250217213127281.pdf |
| AliExpress | Coconut Household Items Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250204/CoconutHouseholdItemsStore-20250204195028728.pdf |
| Ebay | collecting toys 8 | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250220/collectingtoys8-20250220194652709.pdf |
| AliExpress | Comfort Zone A Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/ComfortZoneAStore-20250221191325427.pdf |
| AliExpress | Cotton T-shirt Clothing ZQ5 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/CottonTshirtClothingZQ5Store-20250221184108988.pdf |
| AliExpress | CSMY Home Textile Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250214/CSMYHomeTextileStore-20250214134706860.pdf |
| AliExpress | CSMY Luxury Shower Curtain Door Mat Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250214/CSMYLuxuryShowerCurtainDoorMatStore-20250214194834244.pdf |
| AliExpress | Decorative Painting Boutique Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250204/DecorativePaintingBoutiqueStore-20250204193806025.pdf |
| AliExpress | Designer Brand Clothing Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250213/DesignerBrandClothingStore-20250213185839322.pdf |
| AliExpress | Designer Brand Clothing Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250220/DesignerBrandClothingStore-20250220191632431.pdf |
| Ebay | deven_citoble | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250218/devencitoble-20250218191137385.pdf |
| AliExpress | Dio Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/DioStore-20250217163029374.pdf |
| AliExpress | DIYs 155 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250211/DIYs155Store-20250211201818909.pdf |
| AliExpress | Domin&#39;s Crib Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250213/Domin39sCribStore-20250213185535385.pdf |
| Alibaba | Dongguan Chance Gift & Craft Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/DongguanChanceGiftCraftCoLtd-20250217151635741.pdf |
| Alibaba | Dongguan Heitaoyi Rubber & Plastic Products Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250205/DongguanHeitaoyiRubberPlasticProductsCoLtd-20250205222217792.pdf |
| Alibaba | Dongguan Muxian Technology Co., Ltd | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/DongguanMuxianTechnologyCoLtd-20250210163718133.pdf |
| Alibaba | Dongguan Zhiyuan Crafts Co. Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250219/DongguanZhiyuanCraftsCoLtd-20250219141235075.pdf |
| Alibaba | Dongyang Baiyun Anxin Wig Factory | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250204/DongyangBaiyunAnxinWigFactory-20250204185713446.pdf |
| AliExpress | Dreamer Design Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/DreamerDesignStore-20250221191204865.pdf |
| AliExpress | Eason Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/EasonStore-20250210215435388.pdf |
| Alibaba | erkan | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250218/erkan-20250218192126165.pdf |
| Alibaba | erkan | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250218/erkan-20250218192446262.pdf |
| Alibaba | erkan | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250220/erkan-20250220190429438.pdf |
| AliExpress | Falg Withyoo NO.5 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250212/FalgWithyooNO5Store-20250212154744697.pdf |
| Temu | Family Club Z | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250214/FamilyClubZ-20250214201723935.pdf |
| AliExpress | Fast International Co.,Ltd | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250212/FastInternationalCoLtd-20250212154531359.pdf |
| AliExpress | FJTNA Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250204/FJTNAStore-20250204200831034.pdf |

| Platform | Seller Name | PDF Location |
| --- | --- | --- |
| AliExpress | Flixon Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/FlixonStore-20250221193421410.pdf |
| Alibaba | Foshan Grace Furniture Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250213/FoshanGraceFurnitureCoLtd-20250213140301936.pdf |
| Alibaba | Foshan Zhongchengchengpin Decoration Design Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250206/FoshanZhongchengchengpinDecorationDesignCoLtd-20250206203429269.pdf |
| Alibaba | Foshan Zhongchengchengpin Decoration Design Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250213/FoshanZhongchengchengpinDecorationDesignCoLtd-20250213140834526.pdf |
| Temu | Fultalk | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250214/Fultalk-20250214200234436.pdf |
| Amazon | furningnashop | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/NA-20250217223038676.pdf |
| Amazon | futureleta | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/NA-20250217222434502.pdf |
| Amazon | futureleta | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250220/NA-20250220223757227.pdf |
| Alibaba | Fuzhou Action Electronic Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250219/FuzhouActionElectronicCoLtd-20250219182531312.pdf |
| Ebay | gar_hanners | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250219/garhanners-20250219181544466.pdf |
| AliExpress | Global Canvas Poster Boutique Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/GlobalCanvasPosterBoutiqueStore-20250221192014712.pdf |
| Alibaba | Gongyi Miracle Trading Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/GongyiMiracleTradingCoLtd-20250210160507337.pdf |
| Alibaba | Guangzhou Best Technology Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250213/GuangzhouBestTechnologyCoLtd-20250213141955614.pdf |
| Alibaba | Guangzhou Chu Feiya Trade Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/GuangzhouChuFeiyaTradeCoLtd-20250210220806936.pdf |
| Alibaba | Guangzhou Glory Building Material Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250206/GuangzhouGloryBuildingMaterialCoLtd-20250206201542297.pdf |
| Alibaba | Guangzhou Glory Building Material Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250214/GuangzhouGloryBuildingMaterialCoLtd-20250214133822254.pdf |
| Amazon | Guangzhou jian dan shangmao shanghang333 | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/NA-20250217222821136.pdf |
| Alibaba | Guangzhou Lindal Hair Products Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250204/GuangzhouLindalHairProductsCoLtd-20250204185505006.pdf |
| Alibaba | Guangzhou Three D Printing Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250211/GuangzhouThreeDPrintingCoLtd-20250211163356911.pdf |
| Alibaba | Guangzhou Three D Printing Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250220/GuangzhouThreeDPrintingCoLtd-20250220185504054.pdf |
| AliExpress | Guess You Like It Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/GuessYouLikeItStore-20250210215543586.pdf |
| AliExpress | Gunez Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250220/GunezStore-20250220191847733.pdf |
| AliExpress | guoguoA Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/guoguoAStore-20250221193458187.pdf |
| Alibaba | Hangzhou Lifc Import& Export Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250206/HangzhouLifcImportExportCoLtd-20250206200554080.pdf |
| Alibaba | Hangzhou Sobuy Technology Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250206/HangzhouSobuyTechnologyCoLtd-20250206200930801.pdf |
| Alibaba | Harz Reklam Dekorasyon | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250218/HarzReklamDekorasyon-20250218192340361.pdf |
| Alibaba | Henan Selead Home Technology Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250212/HenanSeleadHomeTechnologyCoLtd-20250212150351234.pdf |
| Alibaba | Henan Sumdor International Trading Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/HenanSumdorInternationalTradingCoLtd-20250210161949024.pdf |
| AliExpress | Home Goods Home Textile Boutique Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250214/HomeGoodsHomeTextileBoutiqueStore-20250214194229747.pdf |
| AliExpress | HOTSALECASE90 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250206/HOTSALECASE90Store-20250206212119694.pdf |
| AliExpress | Huanhual House Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250204/HuanhualHouseStore-20250204200111217.pdf |
| Ebay | huyingshangle | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/huyingshangle-20250217210503580.pdf |
| AliExpress | IronFinger Toy Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/IronFingerToyStore-20250221182810509.pdf |
| Alibaba | JATIMES LIMITED | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/JATIMESLIMITED-20250210164017133.pdf |
| Temu | Jiangnan Cloth Factory | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250214/JiangnanClothFactory-20250214201604300.pdf |
| Alibaba | Jiaxing Aifute Household Products Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/JiaxingAifuteHouseholdProductsCoLtd-20250210154330836.pdf |
| Alibaba | Jiaxing Aifute Household Products Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250213/JiaxingAifuteHouseholdProductsCoLtd-20250213182115343.pdf |
| Alibaba | Jinhua Sizhuitewei Trading Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/JinhuaSizhuiteweiTradingCoLtd-20250210164333654.pdf |
| AliExpress | JoannxuBag Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250206/JoannxuBagStore-20250206213035342.pdf |
| AliExpress | JoannxuBag Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250206/JoannxuBagStore-20250206213221384.pdf |
| AliExpress | JoannxuBag Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/JoannxuBagStore-20250210213212884.pdf |
| AliExpress | JoannxuBag Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/JoannxuBagStore-20250210213428484.pdf |
| AliExpress | June Fashion Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/JuneFashionStore-20250210215755846.pdf |
| Temu | K Art Diamond Painting | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250214/KArtDiamondPainting-20250214200445536.pdf |
| Alibaba | Kaf Metal Sanayi Ticaret Limited Sirketi | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250211/KafMetalSanayiTicaretLimitedSirketi-20250211161112651.pdf |
| AliExpress | Keep The Time Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/KeepTheTimeStore-20250217160509278.pdf |
| Temu | KIKO LIVE | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250219/KIKOLIVE-20250219170234124.pdf |
| Alibaba | Kingskong Gift Industry Firm Qingtian | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250218/KingskongGiftIndustryFirmQingtian-20250218194209885.pdf |
| AliExpress | Laumango Exclusive Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250204/LaumangoExclusiveStore-20250204192634563.pdf |
| AliExpress | Laumango Home Decorative Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250213/LaumangoHomeDecorativeStore-20250213184535822.pdf |
| Ebay | lincangtingbonan-0 | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/lincangtingbonan0-20250217211954219.pdf |
| Temu | linronghuang | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250219/linronghuang-20250219173805660.pdf |
| AliExpress | LK029 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250214/LK029Store-20250214134947017.pdf |
| AliExpress | LK034 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/LK034Store-20250221184440783.pdf |
| Ebay | LMR-oil painting art and wig | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/LMRoilpaintingartandwig-20250217211306639.pdf |

| Platform | Seller Name | PDF Location |
|---|---|---|
| Ebay | LMR-oil painting art and wig | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250218/LMRoilpaintingartandwig-20250218190607266.pdf |
| Ebay | LMR-oil painting art and wig | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250218/LMRoilpaintingartandwig-20250218191330204.pdf |
| Ebay | LMR-oil painting art and wig | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250219/LMRoilpaintingartandwig-20250219182146634.pdf |
| Alibaba | Luquan Aizhou E-Commerce Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/LuquanAizhouECommerceStore-20250217145311603.pdf |
| Alibaba | Luquan Aizhou E-Commerce Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250219/LuquanAizhouECommerceStore-20250219140939851.pdf |
| AliExpress | Make Mug Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/MakeMugStore-20250210212652704.pdf |
| Temu | Mao Blanket | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250214/MaoBlanket-20250214200721657.pdf |
| Temu | Marco Zhenbaobao | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250219/MarcoZhenbaobao-20250219172355532.pdf |
| AliExpress | Mestreth Art 3C 008 Store Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/MestrethArt3C008StoreStore-20250221194254649.pdf |
| AliExpress | Moet Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/MoetStore-20250221194227473.pdf |
| AliExpress | NewWorldOne Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250212/NewWorldOneStore-20250212155312696.pdf |
| Ebay | ngged_bolding | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/nggedbolding-20250217211028199.pdf |
| Alibaba | Ningbo Chuangxiang Magnet Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250206/NingboChuangxiangMagnetCoLtd-20250206202947374.pdf |
| Alibaba | Ningbo Chuangxiang Magnet Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250212/NingboChuangxiangMagnetCoLtd-20250212160654233.pdf |
| Alibaba | Ningbo Mammutek Smart Technology Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250220/NingboMammutekSmartTechnologyCoLtd-20250220184950313.pdf |
| Alibaba | Ningbo Nm Security Technology Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/NingboNmSecurityTechnologyCoLtd-20250217153743663.pdf |
| Alibaba | Ningbo Zhenzhi Import And Export Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250218/NingboZhenzhiImportAndExportCoLtd-20250218192809179.pdf |
| AliExpress | Nuyoah-SW Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/NuyoahSWStore-20250221192757128.pdf |
| AliExpress | Optimal Service For You Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250212/OptimalServiceForYouStore-20250212155759956.pdf |
| Ebay | owen_tionsthethelypre | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/owentionsthethelypre-20250217212118123.pdf |
| AliExpress | Pailou Art Factory Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250220/PailouArtFactoryStore-20250220191219762.pdf |
| AliExpress | Penzo Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250220/PenzoStore-20250220192804929.pdf |
| AliExpress | Pleasure team Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250213/PleasureteamStore-20250213185947901.pdf |
| Alibaba | Pujiang Yexi Crystal Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250220/PujiangYexiCrystalCoLtd-20250220190206279.pdf |
| Ebay | Qiang-Wig-Oil Painting | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/QiangWigOilPainting-20250217212404960.pdf |
| Ebay | Qiang-Wig-Oil Painting | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/QiangWigOilPainting-20250217220722341.pdf |
| Ebay | Qiang-Wig-Oil Painting | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250218/QiangWigOilPainting-20250218191016143.pdf |
| Alibaba | Qingdao Lufa Arts & Crafts Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250204/QingdaoLufaArtsCraftsCoLtd-20250204185954263.pdf |
| Alibaba | Qingdao Lufa Arts & Crafts Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250218/QingdaoLufaArtsCraftsCoLtd-20250218193201919.pdf |
| AliExpress | qingxiudedian Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/qingxiudedianStore-20250221182448128.pdf |
| Temu | quanjianhaotanG | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250214/quanjianhaotanG-20250214195937094.pdf |
| Alibaba | Quanzhou Baomao Trading Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/QuanzhouBaomaoTradingCoLtd-20250217154444806.pdf |
| Alibaba | Quanzhou Baomao Trading Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250220/QuanzhouBaomaoTradingCoLtd-20250220175553320.pdf |
| Alibaba | Quanzhou Baomao Trading Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250220/QuanzhouBaomaoTradingCoLtd-20250220175710426.pdf |
| AliExpress | Rainbow Canvas Painting Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/RainbowCanvasPaintingStore-20250221184740649.pdf |
| AliExpress | Red Rose 2 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250204/RedRose2Store-20250204194551808.pdf |
| AliExpress | RuiTing01 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250205/RuiTing01Store-20250205192229418.pdf |
| Ebay | sansanzi | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/sansanzi-20250217214619264.pdf |
| AliExpress | Seafarer Resin Model Discount Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/SeafarerResinModelDiscountStore-20250221182652887.pdf |
| AliExpress | See Spring Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250212/SeeSpringStore-20250212160458733.pdf |
| AliExpress | Self-Adhesive Wallpaper Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/SelfAdhesiveWallpaperStore-20250221184634206.pdf |
| AliExpress | Self-Adhesive Wallpaper Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/SelfAdhesiveWallpaperStore-20250221185039106.pdf |
| AliExpress | Sex Code Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250206/SexCodeStore-20250206213810981.pdf |
| AliExpress | shanda Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/shandaStore-20250221194342013.pdf |
| Alibaba | Shanghai Kamal Trading Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/ShanghaiKamalTradingCoLtd-20250210161626904.pdf |
| Alibaba | Shanghai Xifu Trading Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250204/ShanghaiXifuTradingCoLtd-20250204190958407.pdf |
| Alibaba | Shanghai Xifu Trading Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250204/ShanghaiXifuTradingCoLtd-20250204191224428.pdf |
| Alibaba | Shenzhen Holiday Package And Display Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/ShenzhenHolidayPackageAndDisplayCoLtd-20250210164138852.pdf |
| Alibaba | Shenzhen Pled Lighting Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250218/ShenzhenPledLightingCoLtd-20250218194838390.pdf |
| Alibaba | Shenzhen Qianyuxun Jewelry Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250211/ShenzhenQianyuxunJewelryCoLtd-20250211162740914.pdf |
| Alibaba | Shenzhen Yongzhi Plastic Mold Co.,ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250204/ShenzhenYongzhiPlasticMoldColtd-20250204190619104.pdf |
| Alibaba | Shenzhen Youni Art Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/ShenzhenYouniArtCoLtd-20250210153346934.pdf |
| Alibaba | Shenzhen Youni Art Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/ShenzhenYouniArtCoLtd-20250217151438137.pdf |
| Alibaba | Shenzhen Zhongtai Printing Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250213/ShenzhenZhongtaiPrintingCoLtd-20250213183214262.pdf |
| Alibaba | Shenzhen Zhongtai Printing Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250219/ShenzhenZhongtaiPrintingCoLtd-20250219142859367.pdf |

| Platform | Seller Name | PDF Location |
|---|---|---|
| AliExpress | Shipping 11042301701% Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/Shipping11042301701Store-20250221190227146.pdf |
| AliExpress | Shop4928019 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250219/Shop4928019Store-20250219145905898.pdf |
| AliExpress | Shop5789733 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250220/Shop5789733Store-20250220192639226.pdf |
| AliExpress | Shop1100086339 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/Shop1100086339Store-20250221190700246.pdf |
| AliExpress | Shop1100391737 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/Shop1100391737Store-20250221193602649.pdf |
| AliExpress | Shop1102121770 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/Shop1102121770Store-20250221185723425.pdf |
| AliExpress | Shop1102162897 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/Shop1102162897Store-20250221183035642.pdf |
| AliExpress | Shop1102247995 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/Shop1102247995Store-20250217211548001.pdf |
| AliExpress | Shop1102583099 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250214/Shop1102583099Store-20250214193839662.pdf |
| AliExpress | Shop1102902108 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/Shop1102902108Store-20250221192428686.pdf |
| AliExpress | Shop1102963628 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250213/Shop1102963628Store-20250213184139321.pdf |
| AliExpress | Shop1102964250 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250204/Shop1102964250Store-20250204193018164.pdf |
| AliExpress | Shop1102964250 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250214/Shop1102964250Store-20250214135235997.pdf |
| AliExpress | Shop1102999635 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250213/Shop1102999635Store-20250213191338167.pdf |
| AliExpress | Shop1103250243 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250214/Shop1103250243Store-20250214134358561.pdf |
| AliExpress | Shop1103534848 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250205/Shop1103534848Store-20250205222602871.pdf |
| AliExpress | Shop1103581044 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250211/Shop1103581044Store-20250211200251834.pdf |
| AliExpress | Shop1103581044 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250220/Shop1103581044Store-20250220191755491.pdf |
| AliExpress | Shop1103613607 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/Shop1103613607Store-20250221191841008.pdf |
| AliExpress | Shop1103666293 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/Shop1103666293Store-20250210214545365.pdf |
| AliExpress | Shop1103670154 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/Shop1103670154Store-20250221183726426.pdf |
| AliExpress | Shop1103674151 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250206/Shop1103674151Store-20250206155213524.pdf |
| AliExpress | Shop1103674151 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250214/Shop1103674151Store-20250214194942484.pdf |
| AliExpress | Shop1103685961 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/Shop1103685961Store-20250210220130304.pdf |
| AliExpress | Shop1103709334 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250212/Shop1103709334Store-20250212153842830.pdf |
| AliExpress | Shop1103715088 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/Shop1103715088Store-20250210215159804.pdf |
| AliExpress | Shop1103717665 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250211/Shop1103717665Store-20250211201254560.pdf |
| AliExpress | Shop1103756035 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/Shop1103756035Store-20250221183147286.pdf |
| AliExpress | Shop1103835517 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250211/Shop1103835517Store-20250211201437153.pdf |
| AliExpress | Shop1103856814 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250211/Shop1103856814Store-20250211200931677.pdf |
| AliExpress | Shop1103865710 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250206/Shop1103865710Store-20250206205211943.pdf |
| AliExpress | Shop1103877813 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250204/Shop1103877813Store-20250204194120988.pdf |
| AliExpress | Shop1103877813 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/Shop1103877813Store-20250221192853694.pdf |
| AliExpress | Shop1103885778 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250214/Shop1103885778Store-20250214135636576.pdf |
| AliExpress | Shop1103889687 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250213/Shop1103889687Store-20250213190155444.pdf |
| AliExpress | Shop1103938276 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250204/Shop1103938276Store-20250204194335750.pdf |
| AliExpress | Shop1103941390 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/Shop1103941390Store-20250221192045588.pdf |
| AliExpress | Shop1103980033 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250212/Shop1103980033Store-20250212155939917.pdf |
| AliExpress | Shop1103993519 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/Shop1103993519Store-20250221191659108.pdf |
| AliExpress | Shop1103994517 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250213/Shop1103994517Store-20250213190708988.pdf |
| AliExpress | Shop1103995506 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250204/Shop1103995506Store-20250204194430183.pdf |
| AliExpress | Shop1104000217 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/Shop1104000217Store-20250221190352147.pdf |
| AliExpress | Shop1104002539 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/Shop1104002539Store-20250210213650284.pdf |
| AliExpress | Shop1104003973 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/Shop1104003973Store-20250221185824450.pdf |
| AliExpress | Shop1104007523 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/Shop1104007523Store-20250221185332606.pdf |
| AliExpress | Shop1104015009 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/Shop1104015009Store-20250221192250986.pdf |
| AliExpress | Shop1104058671 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250211/Shop1104058671Store-20250211195942055.pdf |
| AliExpress | Shop1104065688 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/Shop1104065688Store-20250210213834747.pdf |
| AliExpress | Shop1104065688 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/Shop1104065688Store-20250210214005307.pdf |
| AliExpress | Shop1104071624 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/Shop1104071624Store-20250221181253319.pdf |
| AliExpress | Shop1104083164 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250211/Shop1104083164Store-20250211195820370.pdf |
| AliExpress | Shop1104085560 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/Shop1104085560Store-20250217163202512.pdf |
| AliExpress | Shop1104096579 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250206/Shop1104096579Store-20250206154659812.pdf |
| AliExpress | Shop1104108336 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250213/Shop1104108336Store-20250213185302139.pdf |
| AliExpress | Shop1104111485 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/Shop1104111485Store-20250221190516247.pdf |

| Platform | Seller Name | PDF Location |
|---|---|---|
| AliExpress | Shop1104113394 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250204/Shop1104113394Store-20250204193239764.pdf |
| AliExpress | Shop1104115576 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250212/Shop1104115576Store-20250212160828313.pdf |
| AliExpress | Shop1104117736 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/Shop1104117736Store-20250221183937285.pdf |
| AliExpress | Shop1104128208 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250206/Shop1104128208Store-20250206212624859.pdf |
| AliExpress | Shop1104163258 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/Shop1104163258Store-20250217162527634.pdf |
| AliExpress | Shop1104187577 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/Shop1104187577Store-20250221192647690.pdf |
| AliExpress | Shop1104208827 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/Shop1104208827Store-20250221190018987.pdf |
| AliExpress | Shop1104210039 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/Shop1104210039Store-20250210213334884.pdf |
| AliExpress | Shop1104210039 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/Shop1104210039Store-20250221181713579.pdf |
| AliExpress | Shop1104271220 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250204/Shop1104271220Store-20250204201308625.pdf |
| AliExpress | Shop1104278905 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250204/Shop1104278905Store-20250204201449646.pdf |
| AliExpress | Shop1104300125 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/Shop1104300125Store-20250210215905744.pdf |
| AliExpress | Shop1104304284 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/Shop1104304284Store-20250221180905358.pdf |
| AliExpress | Shop1104305262 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/Shop1104305262Store-20250217161640679.pdf |
| AliExpress | Shop1104341727 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/Shop1104341727Store-20250210214959408.pdf |
| AliExpress | Shop1104343666 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250219/Shop1104343666Store-20250219144652524.pdf |
| AliExpress | Shop1104343764 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250213/Shop1104343764Store-20250213190959766.pdf |
| AliExpress | Shop1104388091 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/Shop1104388091Store-20250217161907936.pdf |
| AliExpress | Shop1104388091 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/Shop1104388091Store-20250221181105464.pdf |
| AliExpress | Shop1104389234 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250214/Shop1104389234Store-20250214193331836.pdf |
| AliExpress | Shop1104394239 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250204/Shop1104394239Store-20250204200301169.pdf |
| AliExpress | Shop1104531043 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/Shop1104531043Store-20250221183344764.pdf |
| Temu | singe two | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250219/singetwo-20250219172228719.pdf |
| Ebay | Soft&Sweet-Shop | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/SoftSweetShop-20250217213305243.pdf |
| AliExpress | SONGQUAN ALILI 23 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/SONGQUANALILI23Store-20250217160329599.pdf |
| Ebay | SP Blanket | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/SPBlanket-20250217213725427.pdf |
| AliExpress | SQ DECOR ART Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250204/SQDECORARTStore-20250204200710393.pdf |
| AliExpress | Sun Flag Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/SunFlagStore-20250221180540978.pdf |
| AliExpress | Super Premium Products Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250204/SuperPremiumProductsStore-20250204194631452.pdf |
| Alibaba | Suzhou Shunyimei Import And Export Trade Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/SuzhouShunyimeiImportAndExportTradeCoLtd-20250221130317641.pdf |
| Alibaba | Suzhou Shunyimei Import And Export Trade Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/SuzhouShunyimeiImportAndExportTradeCoLtd-20250221130427804.pdf |
| AliExpress | Swan Dream Art Canvas Painting Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250220/SwanDreamArtCanvasPaintingStore-20250220192442043.pdf |
| AliExpress | Taco Home Textile Store Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250213/TacoHomeTextileStoreStore-20250213191728175.pdf |
| Temu | Teacup fashion | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250214/Teacupfashion-20250214200052153.pdf |
| Alibaba | That Teknoloji LTD STI | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/ThatTeknolojiLTDSTI-20250210154724468.pdf |
| Alibaba | That Teknoloji LTD STI | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250213/ThatTeknolojiLTDSTI-20250213142426236.pdf |
| Alibaba | That Teknoloji LTD STI | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250214/ThatTeknolojiLTDSTI-20250214132926367.pdf |
| Alibaba | That Teknoloji LTD STI | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250220/ThatTeknolojiLTDSTI-20250220174627456.pdf |
| AliExpress | The Home Curate Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/TheHomeCurateStore-20250210212928287.pdf |
| Ebay | TNDGMB20 | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250218/TNDGMB20-20250218185936545.pdf |
| Alibaba | Tongling Chuangkai Wax Industry Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250211/TonglingChuangkaiWaxIndustryCoLtd-20250211163618349.pdf |
| AliExpress | Top-Level Figure Toy Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250213/TopLevelFigureToyStore-20250213183851004.pdf |
| AliExpress | TopMe Fashion Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250214/TopMeFashionStore-20250214194653063.pdf |
| Temu | TRMUG | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250214/TRMUG-20250214201130436.pdf |
| Ebay | Welcome to Boutique Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/WelcometoBoutiqueStore-20250217212731683.pdf |
| AliExpress | White Art Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250213/WhiteArtStore-20250213183534480.pdf |
| Ebay | wudao77 | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250218/wudao77-20250218190328808.pdf |
| Alibaba | Wuhan Missyuan Trade Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/WuhanMissyuanTradeCoLtd-20250210150350796.pdf |
| Alibaba | Xiamen Mornsun Industrial Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250206/XiamenMornsunIndustrialCoLtd-20250206200156138.pdf |
| Alibaba | Xiamen Siming District Jiehui Changrong Building Materials Business Department | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250206/XiamenSimingDistrictJiehuiChangrongBuildingMaterialsBusinessDepartment-20250206202640730.pdf |
| Ebay | xiaoli-art | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/xiaoliart-20250217220013971.pdf |
| Ebay | XIAOWANJIA | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/XIAOWANJIA-20250217210245038.pdf |
| AliExpress | XIONG11 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/XIONG11Store-20250221180351358.pdf |
| AliExpress | XIONG11 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/XIONG11Store-20250221190939887.pdf |
| Ebay | xm-hms | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/xmhms-20250217211858802.pdf |

| Platform | Seller Name | PDF Location |
| --- | --- | --- |
| AliExpress | Yangyang Fashion Home Textiles 1 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250204/YangyangFashionHomeTextiles1Store-20250204200429113.pdf |
| Alibaba | Yiwu Dingyi E-Commerce Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250206/YiwuDingyiECommerceCoLtd-20250206202302210.pdf |
| Alibaba | Yiwu Hld Commodity Manufactory Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/YiwuHldCommodityManufactoryCoLtd-20250217153912604.pdf |
| Alibaba | Yiwu Hongliang Crafts Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250205/YiwuHongliangCraftsCoLtd-20250205220733490.pdf |
| Alibaba | Yiwu Hongliang Crafts Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250212/YiwuHongliangCraftsCoLtd-20250212153159615.pdf |
| Alibaba | Yiwu Misong Trading Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/YiwuMisongTradingCoLtd-20250221125011358.pdf |
| Alibaba | Yiwu Nine Star Import & Export Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/YiwuNineStarImportExportCoLtd-20250221165158151.pdf |
| Alibaba | Yiwu Seqiao Painting Industry Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250205/YiwuSeqiaoPaintingIndustryCoLtd-20250205221050750.pdf |
| Alibaba | YiWu TG Promo Import & Export Co,LTD. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250204/YiWuTGPromoImportExportCoLTD-20250204190142264.pdf |
| Alibaba | Yiwu Xitang Textile Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/YiwuXitangTextileCoLtd-20250210160834376.pdf |
| Alibaba | Yiwu Yuzhong Network Technology Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250211/YiwuYuzhongNetworkTechnologyCoLtd-20250211163809732.pdf |
| Ebay | yj0886 | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/yj0886-20250217212033830.pdf |
| Ebay | yu1131 | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250220/yu1131-20250220193516964.pdf |
| AliExpress | YuanMan Toys Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250206/YuanManToysStore-20250206212433241.pdf |
| Alibaba | YUET SHUN INDUSTRIES LIMITED | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/YUETSHUNINDUSTRIESLIMITED-20250210154043717.pdf |
| Ebay | yuj262 | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250218/yuj262-20250218190800625.pdf |
| Temu | yusushi local | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250219/yusushilocal-20250219171353865.pdf |
| AliExpress | YW-Home Art Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/YWHomeArtStore-20250221180033152.pdf |
| Ebay | zenzguan | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250218/zenzguan-20250218191715207.pdf |
| Alibaba | Zhejiang Safewell Security Technology Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250210/ZhejiangSafewellSecurityTechnologyCoLtd-20250210161448786.pdf |
| Alibaba | Zhejiang Safewell Security Technology Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250212/ZhejiangSafewellSecurityTechnologyCoLtd-20250212151004011.pdf |
| Alibaba | Zhejiang Safewell Security Technology Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/ZhejiangSafewellSecurityTechnologyCoLtd-20250221165645808.pdf |
| Alibaba | Zhejiang Shengye Traffic Signs Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250221/ZhejiangShengyeTrafficSignsCoLtd-20250221125248018.pdf |
| Alibaba | Zhuzhou Wondove Garment Accessory Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250217/ZhuzhouWondoveGarmentAccessoryCoLtd-20250217153210972.pdf |
| Ebay | ZX3385 | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250219/ZX3385-20250219181856552.pdf |